■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO PINELLE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered October 18, 1983, as amended October 25, 1983, convicting him of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree and menacing, upon a jury verdict, and imposing sentence.

Judgment, as amended, affirmed.

The evidence at trial supported the jury's verdict of guilt. We find no merit to the argument advanced in the defendant's *pro se* brief that the conduct of the prosecutor was so improper under the circumstances as to require a new trial. The defendant failed to preserve many of his contentions for appellate review *(see, People v Medina,* 53 NY2d 951). In addition, any prejudice which might have resulted from the prosecutor's improper comments generally was dissipated by curative instructions or rulings, as well as by a charge which thoroughly set forth the legal principles applicable to the case *(see, People v Robinson,* 83 AD2d 887).

We have considered the other contentions raised in the defendant's *pro se* brief and find them to also be meritless. Lazer, J. P., Mangano, Brown and Weinstein, JJ., concur.